**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7430**

SOMCHAI NOONSAB,

                    Plaintiff - Appellant,

          v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
NORTH CAROLINA; W. T. BROWN; STEPHEN RUSSELL; MELANIE
SHEKITA; PAUL GESSNER; MICHAEL HOWELL; KINDRA AILEEN;
DETECTIVE CHAN; PAUL C. RIDGEWAY; DANIEL HORN, JR.;
CHRISTINA CAMERON ROEDEO; JOSH STEIN,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:16-ct-03112-FL)

Submitted:  February 23, 2017      Decided:  February 28, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Somchai Noonsab, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Somchai Noonsab appeals the district court's orders dismissing his 42 U.S.C. § 1983 action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Noonsab v. U.S. Dist. Court for the E. Dist. of N.C., No. 5:16-ct-03112-FL (E.D.N.C. Aug. 30, 2016 & Oct. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED